**James L. GRATZ, et ux., petitioners,
v. UNITED STATES.**

No. 92–1492.

Supreme Court of the United States.

June 7, 1993.   Denied.